UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KATHLEEN LIBBY,<br><br>Defendant | Criminal No. 24cr10119<br><br>Violation:<br><br><u>Count One</u>:<br>Wire Fraud<br>(18 U.S.C. § 1343)<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

<u>INFORMATION</u>

At all times relevant to this Information:

<u>General Allegations</u>

1. The defendant, KATHLEEN LIBBY ("LIBBY"), was a resident of Brookline, Massachusetts. From in or about October 2015 until in or about June 2023, LIBBY was employed as the office manager at a physician's office ("the Medical Practice"). LIBBY was responsible for managing the Medical Practice's finances and business operations.

2. The Medical Practice was a privately-owned Brookline-based primary care medical practice established in 2015. It served patients from throughout the Boston area.

3. PayPal Holdings, Inc. ("PayPal") was a financial technology company that operated an online payment system.

4. Affirm Holdings, Inc. ("Affirm") was a web-based application that allowed users to purchase consumer goods and pay for the goods through an extended payment plan. After Affirm users make purchases, they make payments by linking a bank account to Affirm.

## Scheme to Defraud

5. Beginning in or about 2016 and continuing through in or about June 2023, LIBBY engaged in a scheme to defraud the Medical Practice by embezzling more than $650,000 and using the money for her own personal benefit. LIBBY stole from the Medical Practice in a variety of ways, including the following:

a. LIBBY established a personal account with PayPal. She named the account "Medline Surgical Supplies," thereby creating the false impression that transfers from the Medical Practice to the PayPal account were expenditures the Medical Practice incurred for supplies. Between in or about May 2017 and in or about June 2023, LIBBY stole approximately $554,813 from the Medical Practice through unauthorized and fraudulent transfers to her PayPal account.

b. LIBBY made purchases at luxury retailers such as Louis Vuitton and Bloomingdales, at other retailers such as Best Buy and Target, and at travel-related websites using Affirm. She then used the Medical Practice's bank account to pay the amounts she owed Affirm for those purchases. LIBBY labeled the transfers to Affirm "dues and subscriptions", to make them appear to be legitimate expenditures incurred by the Medical Practice. Between in or about January 2017 and in or about June 2023, LIBBY stole approximately $70,903 from the Medical Practice by making unauthorized and fraudulent transfers to her Affirm account from the Medical Practice's bank account.

c. LIBBY fraudulently placed two of her relatives on the Medical Practice's payroll, despite the fact that they did not work for the Medical Practice. LIBBY caused the

Medical Practice to pay her relatives approximately $17,428 between in or about 2019 and in or about 2020.

d. Between in or about 2016 and in or about 2019, LIBBY used the Medical Practice's credit cards for her personal benefit, including the purchase of gift cards and other personal items totaling approximately $15,127.

<u>COUNT ONE</u>
Wire Fraud
(18 U.S.C. § 1343)

The United States Attorney charges:

6. The United States Attorney re-alleges and incorporates by reference paragraphs 1-5 of this Information.

7. Beginning in or about 2016 and continuing through in or about June 2023, in the District of Massachusetts and elsewhere, the defendant,

KATHLEEN LIBBY,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud, including specifically a payment in the amount of $1,500 from the Medical Practice's bank account to LIBBY's personal PayPal account on or about February 3, 2023.

All in violation of Title 18, United State Code, Section 1343.

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

8. Upon conviction of the offense in violation of Title 18, United States Code, Section 1343 set forth in Count One, the defendant,

KATHLEEN LIBBY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following assets:

a. $659,072.57, to be entered in the form of a forfeiture money judgment.

9. If any of the property described in Paragraph 8, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 8 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Respectfully submitted this 1st day of May 2024.

JOSHUA S. LEVY
Acting United States Attorney

By: ______________________
MACKENZIE A. QUEENIN
ASSISTANT U. S. ATTORNEY